Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Div

|  |  |
|---|---|
| Olha Noha (Olga Denagga) | Case: 1:25−cv−01995   JURY DEMAND |
| _Plaintiff(s)_ | Assigned To : Unassigned |
| (Write the full name of each plaintiff who is filing this complaint. | Assign. Date : 6/26/2025 |
| If the names of all the plaintiffs cannot fit in the space above, | Description: Pro Se Gen. Civ. (F−DECK) |

_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

U.S. Senate in Washington D.C
(All 100 Senator

_Defendant(s)_

_(Write the full name of each defendant who is being sued.  If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial:  _(check one)_   ☑Yes  ☐No

**RECEIVED**

JUN 2 6 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Olha Noha (Olga Denagga) |
| Street Address | |
| City and County | WAS Gaithersburg |
| State and Zip Code | MD. 20877 |
| Telephone Number | |
| E-mail Address | |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Donald John Trump |
| Job or Title (if known) | President of The USA |
| Street Address | 1600 Pensylvania AVE, NW |
| City and County | WASHINGTON, D.C |
| State and Zip Code | D.C. 20530 - 0001 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Mommy Tuberville |
| Job or Title (if known) | SENATOR |
| Street Address | SR 455 Russell Senate Office B |
| City and County | WASHINGTON |
| State and Zip Code | D.C. 20510 |
| Telephone Number | (202) 224 - 4124 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Katie Boyd Britt |
| Job or Title (if known) | Senator |
| Street Address | SR 416, Russell Senate office Bld |
| City and County | Washinghton |
| State and Zip Code | D.C. 20510 |
| Telephone Number | (202) 224 - 5744 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Lisa Murkowski (Senator) |
| Job or Title (if known) | SR 522, Hart Senate Office Bld |
| Street Address | Washington |
| City and County | D.C 20510 |
| State and Zip Code | |
| Telephone Number | (202) 224 - 6665 |
| E-mail Address (if known) | |

Defendant No. 4

Name: DAN Sullivan

Job or Title *(if known)*: Senator

Street Address: SH. 706 Hart Senate office Bld,

City and County: Washington

State and Zip Code: D.C 20510

Telephone Number: (202) 224 - 3004

E-mail Address *(if known)*:

Defendant No. 5

Name: Mark Kelly (Senator)

Job or Title *(if known)*: 516 Hart Senate office

Street Address: Building

City and County: Washington

State and Zip Code: D.C 20510

Telephone Number: (202) 224 - 2235

E-mail Address *(if known)*:

Defendant No. 6

Name: Ruben Gallego

Job or Title *(if known)*: Senator

Street Address: 302 Hart Senate office Bld,

City and County: Washington

State and Zip Code: D.C. 20510

Telephone Number: (202) 224 - 4521

E-mail Address *(if known)*:

Defendant No. 7

Name: John Boozman

Job or Title *(if known)*: Senator

Street Address: 555 Dirksen Senate office Bk

City and County: Washington

State and Zip Code: D.C 20510

Telephone Number: (202) 224 - 4843

E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 8
    Name                Tom Cotton
    Job or Title *(if known)*    Senator
    Street Address        326 Russell Senate Office Bld,
    City and County       Washington
    State and Zip Code    D.C 20510
    Telephone Number    (202) 224 - 2353
    E-mail Address *(if known)*

Defendant No. 9
    Name                Alex PAolilla
    Job or Title *(if known)*    Senator
    Street Address        331 Hart Senate office Bld,
    City and County       Washington
    State and Zip Code    D.C 20510
    Telephone Number    (202) 224 - 3553
    E-mail Address *(if known)*

Defendant No. 10
    Name                Adam B SCHIFF
    Job or Title *(if known)*    Senator
    Street Address        112 Hart Senate office Bld
    City and County       Washington
    State and Zip Code    D.C. 20510
    Telephone Number    (202) 224 - 3841
    E-mail Address *(if known)*

Defendant No. 11
    Name                Michael F. Bennet
    Job or Title *(if known)*    Senator
    Street Address        261 Russell Senate office Bl
    City and County       Washington
    State and Zip Code    D.C 20510
    Telephone Number    (202) 224 - 5852
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 12

Name                              John W Hickenlooper
Job or Title *(if known)*         Senator
Street Address                    316 Hart Senate office Bld,
City and County                   Washington
State and Zip Code                D.C 20510
Telephone Number                  (202) 224 - 5941
E-mail Address *(if known)*

Defendant No. 13

Name                              Richard Blumenthal
Job or Title *(if known)*         Senator
Street Address                    503 Hart Senate office Bld
City and County                   Washington
State and Zip Code                D.C. 20510
Telephone Number                  (202) 224 - 2823
E-mail Address *(if known)*

Defendant No. 14

Name                              Christopher Murphy
Job or Title *(if known)*         Senator
Street Address                    136 Hart Senate office Bld,
City and County                   Washington
State and Zip Code                D.C 20510
Telephone Number                  (202) 224 - 4041
E-mail Address *(if known)*

Defendant No. 15

Name                              Christopher A. Coons
Job or Title *(if known)*         Senator
Street Address                    218 Russell Senate office Bld
City and County                   Washington
State and Zip Code                D.C. 20510
Telephone Number                  (202) 224 - 5042
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 16

Name — Lisa Blunt Rochester

Job or Title (if known) — Senator

Street Address — 513 Hart Senate Office Bldg,

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224-2441

E-mail Address (if known)

Defendant No. 17

Name — Rick Scott

Job or Title (if known) — Senator

Street Address — 110 Hart Senate Office Bldg

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224-5274

E-mail Address (if known)

Defendant No. 18

Name — Ashley Moody

Job or Title (if known) — Senator

Street Address — 387 Russell Senate Office Bldg

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224-3041

E-mail Address (if known)

Defendant No. 19

Name — Jon Ossoff

Job or Title (if known) — Senator

Street Address — 317 Hart Senate Office Bldg

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224-3521

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 20
    Name — Raphael G Warnock
    Job or Title *(if known)* — Senator
    Street Address — 717 Hart Senate Office Bld
    City and County — Washington
    State and Zip Code — D.C. 20510
    Telephone Number — (202) 224 - 3643
    E-mail Address *(if known)*

Defendant No. 21
    Name — Brian Schatz
    Job or Title *(if known)* — Senator
    Street Address — 772 Hart Senate Office Bld
    City and County — Washington
    State and Zip Code — D.C. 20510
    Telephone Number — (202) 224 - 3934
    E-mail Address *(if known)*

Defendant No. 22
    Name — Mazie K. Hirono
    Job or Title *(if known)* — Senator
    Street Address — 109 Hart Senate Office Bld
    City and County — Washington
    State and Zip Code — D.C. 20510
    Telephone Number — (202) 224 - 6361
    E-mail Address *(if known)*

Defendant No. 23
    Name — Mike Crapo
    Job or Title *(if known)* — Senator
    Street Address — 239 Dirksen Senate Office Bl
    City and County — Washington
    State and Zip Code — D.C. 20510
    Telephone Number — (202) 224 - 6142
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 24

    Name                         James E. Risch

    Job or Title *(if known)*      Senator

    Street Address           483 Russell Senate Office Bld

    City and County         Washington

    State and Zip Code     D.C. 20510

    Telephone Number     (202) 224-2752

    E-mail Address *(if known)*

Defendant No. 25

    Name                         Richard J. Durbin

    Job or Title *(if known)*      Senator

    Street Address           711 Hart Senate Office Bld

    City and County         Washington

    State and Zip Code     D.C. 20510

    Telephone Number     (202) 224-2152

    E-mail Address *(if known)*

Defendant No. 26

    Name                         Tammy Duckworth

    Job or Title *(if known)*      Senator

    Street Address           524 Hart Senate Office Bld

    City and County         Washington

    State and Zip Code     D.C. 20510

    Telephone Number     (202) 224-2854

    E-mail Address *(if known)*

Defendant No. 27

    Name                         Todd Young

    Job or Title *(if known)*      Senator

    Street Address           185 Dirksen Senate Office Bl

    City and County         Washington

    State and Zip Code     D.C. 20510

    Telephone Number     (202) 224-5623

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 28

 Name      Jim Banks

 Job or Title *(if known)* Senator

 Street Address   303 Hart Senate Office Bld

 City and County  Washington

 State and Zip Code D.C. 20510,

 Telephone Number (202) 224-4814

 E-mail Address *(if known)*

Defendant No. 29

 Name      Chuck Grassley

 Job or Title *(if known)* Senator

 Street Address   135 Hart Senate Office Bld

 City and County  Washington

 State and Zip Code D.C. 20510

 Telephone Number (202) 224-3744

 E-mail Address *(if known)*

Defendant No. 30

 Name      Joni Ernst

 Job or Title *(if known)* Senator

 Street Address   260 Russell Senate Office Blo,

 City and County  Washington

 State and Zip Code D.C 20510

 Telephone Number (202) 224-3254

 E-mail Address *(if known)*

Defendant No. 31

 Name      Jerry Moran

 Job or Title *(if known)* Senator

 Street Address   521 DIRKSEN SENATE office B

 City and County  Washington

 State and Zip Code D.C. 20510

 Telephone Number (202) 224-6521

 E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 32

    Name — Roger Marshall

    Job or Title (if known) — Senator

    Street Address — 479 A Russell Senate Office Bld

    City and County — Washington

    State and Zip Code — D.C. 20510

    Telephone Number — (202) 224-4774

    E-mail Address (if known)

Defendant No. 33

    Name — Mitch Mcconnell

    Job or Title (if known) — Senator

    Street Address — 317 Russell Senate Office Bld

    City and County — Washington

    State and Zip Code — D.C. 20510

    Telephone Number — (202) 224-2541

    E-mail Address (if known)

Defendant No. 34

    Name — Rand Paul

    Job or Title (if known) — Senator

    Street Address — 295 Russell Senate Office Bld

    City and County — Washington

    State and Zip Code — D.C. 20510

    Telephone Number — (202) 224-4343

    E-mail Address (if known)

Defendant No. 35

    Name — Bill Cassidy

    Job or Title (if known) — Senator

    Street Address — 455 Dirksen Senate Office Bld

    City and County — Washington

    State and Zip Code — D.C. 20510

    Telephone Number — (202) 224-5824

    E-mail Address (if known)

Defendant No. 36

    Name     John Kennedy.

    Job or Title (if known)     Senator

    Street Address     437 Russell Senate Office Bld

    City and County     Washington

    State and Zip Code     D.C. 20570

    Telephone Number     (202) 224 - 4623

    E-mail Address (if known)

Defendant No. 37

    Name     Susan M Collins

    Job or Title (if known)     Senator

    Street Address     413 Dirksen Senate Office Bld

    City and County     Washington

    State and Zip Code     D.C. 20570

    Telephone Number     (202) 224 - 2523

    E-mail Address (if known)

Defendant No. 38

    Name     Angus S King JR

    Job or Title (if known)     Senator

    Street Address     113 Hart Senate Office Bld

    City and County     Washington

    State and Zip Code     D.C. 20810

    Telephone Number     (202) 224 - 5344

    E-mail Address (if known)

Defendant No. 39

    Name     Chris Van Hollen

    Job or Title (if known)     Senator

    Street Address     730 Hart Senate Office Bld

    City and County     Washington

    State and Zip Code     D.C. 20570

    Telephone Number     (202) 224 - 4654

    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 40

Name Angela D. Alsobrooks

Job or Title *(if known)* Senator

Street Address 374 Russell Senate Office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 - 4524

E-mail Address *(if known)*

Defendant No. 41

Name Elizabeth Warren

Job or Title *(if known)* Senator

Street Address 311 Hart Senate Office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 4543

E-mail Address *(if known)*

Defendant No. 42

Name Edward J. Markey

Job or Title *(if known)* Senator

Street Address 255 Dirksen Senate Office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 - 2742

E-mail Address *(if known)*

Defendant No. 43

Name Gary C. Peters

Job or Title *(if known)* Senator

Street Address 724 Hart Senate Office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 - 6221

E-mail Address *(if known)*

Defendant No. 44

> Name
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Elissa Slotkin
Senator
291 Russell Senate Office Bld
Washington
D.C. 20570
(202) 224 - 4822

Defendant No. 45

> Name
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Amy Klobuchar
Senator
425 Dirksen Senate Office Bld
Washington
D.C. 20570
(202) 224 - 3244

Defendant No. 46

> Name
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Tina Smith
Senator
720 Hart Senate Office Bld
Washington
D.C. 20570
(202) 224 - 5641

Defendant No. 47

> Name
> Job or Title *(if known)*
> Street Address
> City and County
> State and Zip Code
> Telephone Number
> E-mail Address *(if known)*

Cindy Hyde-Smith
Senator
528 Hart Senate Office Bld
Washington
D.C. 20570
(202) 224 - 5054

Defendant No. 48

Name — Roger F. Wicker

Job or Title *(if known)* — Senator

Street Address — 425 Russell Senate office Bld

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224 - 6253

E-mail Address *(if known)*

Defendant No. 49

Name — Josh Hawley

Job or Title *(if known)* — Senator

Street Address — 381 Russell Senate office Bld

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224 - 6154

E-mail Address *(if known)*

Defendant No. 50

Name — Eric Schmitt

Job or Title *(if known)* — Senator

Street Address — 404 Russell Senate office Bld

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224 - 5721

E-mail Address *(if known)*

Defendant No. 51

Name — Steve Daines

Job or Title *(if known)* — Senator

Street Address — 320 Hart Senate office Bld

City and County — Washington

State and Zip Code — D.C. 20510

Telephone Number — (202) 224 - 2651

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 52

Name                          Tim Sheehy
Job or Title *(if known)*     Senator
Street Address                124 Russell Senate Office Bld
City and County               Washington
State and Zip Code            D.C. 20510
Telephone Number              (202) 224 - 2644
E-mail Address *(if known)*

Defendant No. 53

Name                          Deb Fisher
Job or Title *(if known)*     Senator
Street Address                448 Russell Senate Office Bld
City and County               Washington
State and Zip Code            D.C. 20510
Telephone Number              (202) 224 - 6551
E-mail Address *(if known)*

Defendant No. 54

Name                          Pete Ricketts
Job or Title *(if known)*     Senator
Street Address                139 Russell Senate Office Bld
City and County               Washington
State and Zip Code            D.C. 20510
Telephone Number              (202) 224 - 4224
E-mail Address *(if known)*

Defendant No. 55

Name                          Catherine Cortez Masto
Job or Title *(if known)*     Senator
Street Address                309 Hart Senate Office Bld
City and County               Washington
State and Zip Code            D.C. 20510
Telephone Number              (202) 224 - 3542
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 56

Name                              Jacky Rosen
Job or Title (if known)           Senator
Street Address                    713 Hart Senate office Bld
City and County                   Washington
State and Zip Code                D.C. 20510
Telephone Number                  (202) 224 - 6244
E-mail Address (if known)

Defendant No. 57

Name                              Jeanne Shaheen
Job or Title (if known)           Senator
Street Address                    506 Hart Senate office Bld
City and County                   Washington
State and Zip Code                D.C. 20510
Telephone Number                  (202) 224 - 2841
E-mail Address (if known)

Defendant No. 58

Name                              Margaret Wood Hassan
Job or Title (if known)           Senator
Street Address                    324 Hart Senate office Bld
City and County                   Washington
State and Zip Code                D.C. 20510
Telephone Number                  (202) 224 - 3324
E-mail Address (if known)

Defendant No. 59

Name                              Cory A Booker
Job or Title (if known)           Senator
Street Address                    306 Hart Senate office Bld
City and County                   Washington
State and Zip Code                D.C. 20510
Telephone Number                  (202) 224 - 3224
E-mail Address (if known)

Defendant No. 60

Name                          Andy Kim
Job or Title *(if known)*     Senator
Street Address                520 Hart Senate Office Bld
City and County               Washington
State and Zip Code            D.C. 20570
Telephone Number              (202) 224-4744
E-mail Address *(if known)*

Defendant No. 61

Name                          Martin Heinrich
Job or Title *(if known)*     Senator
Street Address                709 Hart Senate Office Bld
City and County               Washington
State and Zip Code            D.C. 20570
Telephone Number              (202) 224-5521
E-mail Address *(if known)*

Defendant No. 62

Name                          Ben Ray Lujan
Job or Title *(if known)*     Senator
Street Address                498 Russell Senate office Bld
City and County               Washington
State and Zip Code            D.C. 20570
Telephone Number              (202) 224-6621
E-mail Address *(if known)*

Defendant No. 63

Name                          Charles E. Schumer
Job or Title *(if known)*     Senator
Street Address                322 Hart Senate office Bld
City and County               Washington
State and Zip Code            D.C. 20570
Telephone Number              (202) 224-6542
E-mail Address *(if known)*

Defendant No. 64

Name                            Kirsten E Gillibrand
Job or Title *(if known)*       Senator
Street Address                  478 Russell Senate Office Bld
City and County                 Washington
State and Zip Code              D.C. 20570
Telephone Number                (202) 224 - 4451
E-mail Address *(if known)*

Defendant No. 65

Name                            Thom Tillis
Job or Title *(if known)*       Senator
Street Address                  113 Dirksen Senate office Bld
City and County                 Washington
State and Zip Code              D.C. 20510
Telephone Number                (202) 224 - 6342
E-mail Address *(if known)*

Defendant No. 66

Name                            Ted Budd
Job or Title *(if known)*       Senator
Street Address                  354 Russell Senate office Bld
City and County                 Washington
State and Zip Code              D.C. 20510
Telephone Number                (202) 224 - 3154
E-mail Address *(if known)*

Defendant No. 67

Name                            John Hoeven
Job or Title *(if known)*       Senator
Street Address                  338 Russell Senate office Bld
City and County                 Washington
State and Zip Code              D.C. 20510
Telephone Number                (202) 224 - 2551
E-mail Address *(if known)*

Defendant No. 68

Name    Kevin Cramer

Job or Title *(if known)*    Senator

Street Address    313 Hart Senate office Bld

City and County    Washington

State and Zip Code    D.C. 20510

Telephone Number    (202) 224 - 2043

E-mail Address *(if known)*

Defendant No. 69

Name    John Husted

Job or Title *(if known)*    Senator

Street Address    SR - 304 Russell Senate office Bld

City and County    Washington

State and Zip Code    D.C. 20510

Telephone Number    (202) 224 - 3353

E-mail Address *(if known)*

Defendant No. 70

Name    Bernie Moreno

Job or Title *(if known)*    Senator

Street Address    284 Russell Senate office Bld

City and County    Washington

State and Zip Code    D.C. 20510

Telephone Number    (202) 224 - 2315

E-mail Address *(if known)*

Defendant No. 71

Name    James Lankford

Job or Title *(if known)*    Senator

Street Address    713 Hart Senate office Bld

City and County    Washington

State and Zip Code    D.C. 20510

Telephone Number    (202) 224 - 5754

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 72

Name                                    Maekwayne Mullin
Job or Title *(if known)*               Senator
Street Address                          330 Hart Senate Office Bld
City and County                         Washington
State and Zip Code                      D.C. 20510
Telephone Number                        (202) 224- 4721
E-mail Address *(if known)*

Defendant No. 73

Name                                    Ron Wyden
Job or Title *(if known)*               Senator
Street Address                          221 Dirksen Senate Office Bld
City and County                         Washington
State and Zip Code                      D.C. 20510
Telephone Number                        (202) 224- 5244
E-mail Address *(if known)*

Defendant No. 74

Name                                    Yeff Merkley
Job or Title *(if known)*               Senator
Street Address                          531 Hart Senate Office Bld
City and County                         Washington
State and Zip Code                      D.C. 20510
Telephone Number                        (202) 224- 3753
E-mail Address *(if known)*

Defendant No. 75

Name                                    John Fetterman
Job or Title *(if known)*               Senator
Street Address                          142 Russell Senate Office
City and County                         Washington
State and Zip Code                      D.C. 20510
Telephone Number                        (202) 224- 4254
E-mail Address *(if known)*

Defendant No. 76

Name David Mccormick

Job or Title *(if known)* Senator

Street Address 702 Hart Senate office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 - 6324

E-mail Address *(if known)*

Defendant No. 77

Name Jack Reed

Job or Title *(if known)* Senator

Street Address 728 Hart Senate office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 - 4612

E-mail Address *(if known)*

Defendant No. 78

Name Sheldon Whitehouse

Job or Title *(if known)* Senator

Street Address 530 Hart Senate office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 - 2921

E-mail Address *(if known)*

Defendant No. 79

Name Lindsey Graham

Job or Title *(if known)* Senator

Street Address 211 Russell Senate office Bld

City and County Washington

State and Zip Code D.C. 20510

Telephone Number (202) 224 - 5972

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 80

    Name                    Tim Scott

    Job or Title *(if known)*   Senator

    Street Address        104 Hart Senate Office Bld

    City and County       Washington

    State and Zip Code    D.C. 20510

    Telephone Number    (202) 224-6121

    E-mail Address *(if known)*

Defendant No. 81

    Name                    John Thune

    Job or Title *(if known)*   Senator

    Street Address        511 Dirksen Senate Office Bld

    City and County       Washington

    State and Zip Code    D.C. 20510

    Telephone Number    (202) 224-2321

    E-mail Address *(if known)*

Defendant No. 82

    Name                    Mike Rounds

    Job or Title *(if known)*   Senator

    Street Address        716 Hart Senate Office Bld

    City and County       Washington

    State and Zip Code    D.C. 20510

    Telephone Number    (202) 224-5842

    E-mail Address *(if known)*

Defendant No. 83

    Name                    Marsha Blackburn

    Job or Title *(if known)*   Senator

    Street Address        357 Dirksen Senate Office Bld

    City and County       Washington

    State and Zip Code    D.C. 20510

    Telephone Number    (202) 224-3344

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 84

Name                          Bill Hagerty
Job or Title (if known)       Senator
Street Address                251 Russell Senate Office Bld
City and County               Washington
State and Zip Code            D.C 20510
Telephone Number              (202) 224 - 4944
E-mail Address (if known)

Defendant No. 85

Name                          John Cornyn
Job or Title (if known)       Senator
Street Address                517 Hart Senate office Bld
City and County               Washington
State and Zip Code            D.C. 20510
Telephone Number              (202) 224 - 2934
E-mail Address (if known)

Defendant No. 86

Name                          Ted Cruz
Job or Title (if known)       Senator
Street Address                167 Russell Senate office Bld
City and County               Washington
State and Zip Code            D.C. 20510
Telephone Number              (202) 224-5922
E-mail Address (if known)

Defendant No. 87

Name                          Mike Lee
Job or Title (if known)       Senator
Street Address                363 Russell Senate office Blg
City and County               Washington
State and Zip Code            D.C. 20510
Telephone Number              (202) 224 - 5444
E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 88

    Name               John R. Curtis

    Job or Title *(if known)*   Senator

    Street Address       502 Hart Senate Office Bld.

    City and County      Washington

    State and Zip Code    D.C. 20570

    Telephone Number    (202) 224 - 5251

    E-mail Address *(if known)*

Defendant No. 89

    Name               Bernard Sanders

    Job or Title *(if known)*   Senator

    Street Address       332 Dirksen Senate Office Bld

    City and County      Washington

    State and Zip Code    D.C. 20510

    Telephone Number    (202) 224 - 5141

    E-mail Address *(if known)*

Defendant No. 90

    Name               Peter Welch

    Job or Title *(if known)*   Senator

    Street Address       115 Russell Senate Office Bld

    City and County      Washington

    State and Zip Code    D.C. 20510

    Telephone Number    (202) 224 - 4242

    E-mail Address *(if known)*

Defendant No. 91

    Name               Mark R Warner

    Job or Title *(if known)*   Senator

    Street Address       703 Hart Senate Office

    City and County      Washington

    State and Zip Code    D.C. 20510

    Telephone Number    (202) 224 - 2023

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 92

    Name                          Tim Kaine

    Job or Title *(if known)*    Senator

    Street Address           231 Russell Senate Office Bld

    City and County         Washington

    State and Zip Code      D.C. 20510

    Telephone Number      (202) 224 - 4024

    E-mail Address *(if known)*

Defendant No. 93

    Name                          Patty Murray

    Job or Title *(if known)*    Senator

    Street Address           154 Russell Senate Office Bld

    City and County         Washington

    State and Zip Code      D.C. 20510

    Telephone Number      (202) 224 - 2621

    E-mail Address *(if known)*

Defendant No. 94

    Name                          Maria Cantwell

    Job or Title *(if known)*    Senator

    Street Address           511 Hart Senate Office Bld

    City and County         Washington

    State and Zip Code      D.C. 20510

    Telephone Number      (202) 224 - 3441

    E-mail Address *(if known)*

Defendant No. 95

    Name                          Shelley Moore Capito

    Job or Title *(if known)*    Senator

    Street Address           170 Russell Senate Office Bld

    City and County         Washington

    State and Zip Code      D.C. 20510

    Telephone Number      (202) 224 - 6472

    E-mail Address *(if known)*

Defendant No. 96

Name — James C. Justice

Job or Title (if known) — Senator

Street Address — 612 Dirksen Senate Office Bld

City and County — Washington

State and Zip Code — D.C. 20570

Telephone Number — (202) 224 - 3954

E-mail Address (if known)

Defendant No. 97

Name — Ron Johnson

Job or Title (if known) — Senator

Street Address — 328 Hart Senate Office Bld

City and County — Washington

State and Zip Code — D.C. 20570

Telephone Number — (202) 224 - 5323

E-mail Address (if known)

Defendant No. 98

Name — Tammy Baldwin

Job or Title (if known) — Senator

Street Address — 141 Hart Senate Office Bld

City and County — Washington

State and Zip Code — D.C. 20570

Telephone Number — (202) 224 - 5653

E-mail Address (if known)

Defendant No. 99

Name — John Barrasso

Job or Title (if known) — Senator

Street Address — 307 Dirksen Senate Office Bld

City and County — Washington

State and Zip Code — D.C. 20570

Telephone Number — (202) 224 - 6441

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. *100*

    Name                           Cynthia M. Lummis

    Job or Title *(if known)*    Senator

    Street Address           127 A Russell Senate Office Bld

    City and County         Washington

    State and Zip Code     D. C. 20510

    Telephone Number     (202) 224- 3424

    E-mail Address *(if known)*

Defendant No. *101*

    Name                           Mike Johnson

    Job or Title *(if known)*

    Street Address           521 Cannon House Office Bld

    City and County         Washington

    State and Zip Code     D. C. 20510

    Telephone Number     (202) 225 - 2777

    E-mail Address *(if known)*

Defendant No.

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff,  *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff,  *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant,  *(name)* _____, is a citizen of the State of *(name)* _____.  Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

 The Act,

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06/26/2025

Signature of Plaintiff

Printed Name of Plaintiff    Olha Woha (Olga Denagga)

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address